IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION
2:07CV14-1-MU

| | |
|---|---|
| TERRENCE WRIGHT-BEY,  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>STATE OF NORTH CAROLINA,  )<br>  )<br>  )<br>Respondent.  )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court upon Petitioner's Petition for a Writ of Habeas Corpus, filed July 2, 2007.

Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts requires that a petitioner's petition must be accompanied by the applicable filing fee or a motion for leave to proceed in forma pauperis. Petitioner has not paid the filing fee. Nor has Petitioner filed a Motion for In Forma Pauperis Status. As such, Petitioner has failed to comply with Rule 3.

**IT IS, THEREFORE, ORDERED** that Petitioner's federal habeas petition is DISMISSED without prejudice.

Signed: July 16, 2007

Graham C. Mullen
United States District Judge